UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RONALD PAUL DECKER and : CHAPTER 13
DEANNA LOUISE DECKER :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
RONALD PAUL DECKER and :
DEANNA LOUISE DECKER :
   Respondent(s) : CASE NO.  5-19-bk-03422

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 7th day of October, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Plan ambiguous – payment

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                     Respectfully submitted:

                     /s/Charles J. DeHart, III
                     Standing Chapter 13 Trustee
                     8125 Adams Drive, Suite A
                     Hummelstown, PA 17036
                     (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 11th day of October, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA   18360

            /s/Deborah A. Behney
            Office of Charles J. DeHart, III
            Standing Chapter 13 Trustee3