```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-03422-RNO
Ronald Paul Decker                                                        Chapter 13
Deanna Louise Decker
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr              Page 1 of 2                  Date Rcvd: Oct 09, 2019
                              Form ID: ntcnfhrg            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db/jdb         +Ronald Paul Decker,    Deanna Louise Decker,    106 Friendship Drive,    Hawley, PA 18428-6029
5233100       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court:   American Honda Finance,    1220 Old Alpharetta Rd S,
                 Alpharetta, GA 30005)
5233099        Allstate Insurance,    Po Box 4310,   Carol Stream, IL 60197 4310
5233102        +Blue Ridge Communications,    Po Box 316,    Palmerton, PA 18071-0316
5233103        +Brandon Decker,    106 Friendship Drive,    Hawley, PA 18428-6029
5233104        +Breanne Decker,    450 Forresr Avenue,    Apt P306,   Norristown, PA 19401-5650
5233105        +Bryant Decker,    2000 Blvd Avenue,    Scranton, PA 18509-1206
5233106        +Citicards Cbna,    Po Box 6241,   Sioux Falls, SD 57117-6241
5233108        +County Waste,    17 Industrial Park Rd,    Lake Ariel, PA 18436-5617
5233110        +Eastern Propane,    108 Langan Ave,   Hawley, PA 18428-1448
5233111        +Faoa,    139 Friendly Acreas Rd,   Hawley, PA 18428-6044
5233112        +Fed Loan Serv,    Po Box 60610,   Harrisburg, PA 17106-0610
5233113         Geico,    1 Geico Plaza,   Bethesda, MD 20810 0001
5233114        +Horizon Dental,    2537 Route 6,   Hawley, PA 18428-7031
5242772         JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. Box 901032,
                 Ft. Worth TX 76101-2032
5233116        +Jpmcb Auto,    Po Box 901003,   Ft Worth, TX 76101-2003
5233117        +Nationwide,    1800 E. Imperial Highway,    Suite 145,   Brea, CA 92821-6002
5233118        +PPL Electric Utilities,    PO Box 25222,    Lehigh Valley, PA 18002-5222
5233120        +Rhinebeck Bank,    Po Box 1191,   Poughkeepsie, NY 12602-1191
5233124        +Thd/Cbna,    P.O. Box 9001010,   Louisville, KY 40290-1010
5233126        +Visions Fcu,    24 Mckinley Ave,   Endicott, NY 13760-5491
5238002        +Visions Federal Credit Union,    24 Mckinley Ave.,    Endicott, NY 13760-5491
5233127        +Wayne Enterprises,    Po Box 443,   Honesdale, PA 18431-0443
5233128        +Wayne Memorial Community Health Centers,    601 Park St,    Honesdale, PA 18431-1445
5233129        +Wayne Memorial Hospital,    601 Park St,    Honesdale, PA 18431-1498
5233130        +Wells Fargo Bank,    Po Box 14517,   Des Moines, IA 50306-3517
5233131        +Wells Fargo Bank Nv Na,    Po Box 94435,    Albuquerque, NM 87199-4435
5253859         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
5235270        +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    St. Louis Park, MN 55426-4938

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 19:35:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5236972         E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 09 2019 19:34:56
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
5233101         E-mail/Text: g17768@att.com Oct 09 2019 19:34:29      At&T,    Po Box 5014,
                 Carol Stream, IL 60197 5014
5233107        +E-mail/Text: bankruptcydept@wyn.com Oct 09 2019 19:35:03       Club Wyndham,
                 6277 Sea Harbor Dr.,    Orlando, FL 32821-8043
5233109        +E-mail/Text: electronicbkydocs@nelnet.net Oct 09 2019 19:34:54       Dept Of Education/Neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
5233115        +E-mail/Text: cio.bncmail@irs.gov Oct 09 2019 19:34:33      Internal Revenue Service,
                 Centralized Insolvency Operation,    P. O. Box 7346,    Philadelphia, PA 19101-7346
5233119        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Oct 09 2019 19:35:13       Receivables Management,
                 1809 N Broadway St,    Greensburg, IN 47240-8217
5233121         E-mail/Text: jennifer.chacon@spservicing.com Oct 09 2019 19:35:12
                 Select Portfolio Servicing,    Po Box 65450,    Salt Lake City, UT 84165 0450
5233122        +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:36:46       Syncb/Sams Club,    Po Box 965005,
                 Orlando, FL 32896-5005
5233123        +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:36:47       Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
5233447        +E-mail/PDF: gecsedi@recoverycorp.com Oct 09 2019 19:35:27       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5239156        +E-mail/Text: electronicbkydocs@nelnet.net Oct 09 2019 19:34:54
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
5233125        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 09 2019 19:32:42
                 Verizon Wireless,    500 Technology Drive,    Suite 550,   Saint Charles, MO 63304-2225
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   Metropolitan Life Insurance Company
           bkgroup@kmllawgroup.com
          Karina   Velter    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
          Patrick James Best    on behalf of Debtor 2 Deanna Louise Decker patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          Patrick James Best    on behalf of Debtor 1 Ronald Paul Decker patrick@armlawyers.com,
           kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Ronald Paul Decker, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | | |
| Deanna Louise Decker, | Case No. | 5:19–bk–03422–RNO |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **November 15, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: November 22, 2019 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court 274 Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 (570) 831–2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 9, 2019 |

ntcnfhrg (03/18)