```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 19-03422-RNO
Ronald Paul Decker                                        Chapter 13
Deanna Louise Decker
        Debtors                    **CERTIFICATE OF NOTICE**

```
District/off: 0314-5        User: LyndseyPr        Page 1 of 1          Date Rcvd: Dec 03, 2019
                           Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2019 19:13:14
             Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                           Signature:  /s/Joseph Speetjens

_____


## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James  Warmbrodt   on behalf of Creditor   Metropolitan Life Insurance Company
          bkgroup@kmllawgroup.com
         Karina  Velter   on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
         Patrick James Best    on behalf of Debtor 2 Deanna Louise Decker patrick@armlawyers.com,
          kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
         Patrick James Best    on behalf of Debtor 1 Ronald Paul Decker patrick@armlawyers.com,
          kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: RONALD DECKER and DEANNA DECKER | : | CASE NO.: 19-bk-03422-RNO |
| | : | |
| | : | |
| Debtor. | : | CHAPTER 13 |
| RONALD DECKER and DEANNA DECKER | : | |
| | : | |
| | : | |
| Objectants, | : | |
| | : | |
| v. | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : | Objection to Proof of Claim |
| | : | 11 U.S.C. § 502(b)(1) |
| Claimant. | : | |

## ORDER

AND NOW, upon consideration of the Debtors' Objection to the Proof of Claim filed by

Portfolio Recovery Associates, LLC (Claim 8), and upon the Response of the Claimant, if any, it

is hereby ORDERED that the Debtors' Objection is hereby SUSTAINED. Claim 8 filed by

Portfolio Recovery Associates, LLC is hereby disallowed.

Dated: December 3, 2019          By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)