```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03422-RNO
Ronald Paul Decker                                                  Chapter 13
Deanna Louise Decker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: Dec 03, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 03 2019 19:13:14
              Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
                                                                                            TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Metropolitan Life Insurance Company
               bkgroup@kmllawgroup.com
              Karina   Velter    on behalf of Creditor     JPMorgan Chase Bank, N.A. amps@manleydeas.com
              Patrick James Best    on behalf of Debtor 2 Deanna Louise Decker patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Patrick James Best    on behalf of Debtor 1 Ronald Paul Decker patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RONALD DECKER and DEANNA DECKER | : | CASE NO.: 19-bk-03422-RNO |
| Debtor. | : | CHAPTER 13 |
| RONALD DECKER and DEANNA DECKER | : | |
| Objectants, | : | |
| v. | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : | Objection to Proof of Claim 11 U.S.C. § 502(b)(1) |
| Claimant. | : | |

## ORDER

AND NOW, upon consideration of the Debtors' Objection to the Proof of Claim filed by Portfolio Recovery Associates, LLC (Claim 9), and upon the Response of the Claimant, if any, it is hereby ORDERED that the Debtors' Objection is hereby SUSTAINED. Claim 9 filed by Portfolio Recovery Associates, LLC is hereby disallowed.

Dated: December 3, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)