United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 19-03422-RNO
Ronald Paul Decker                                             Chapter 13
Deanna Louise Decker
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: LyndseyPr      Page 1 of 1          Date Rcvd: Dec 03, 2019
                              Form ID: pdf010      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
          +E-mail/Text: bankruptcy@cavps.com Dec 03 2019 19:11:48      Cavalry SPV I, LLC,
          500 Summit Lake Drive, Ste. 400,    Valhalla NY 10595-2321
                                                                          TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor    Metropolitan Life Insurance Company
          bkgroup@kmllawgroup.com
          Karina  Velter   on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
          Patrick James Best   on behalf of Debtor 2 Deanna Louise Decker patrick@armlawyers.com,
          kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          Patrick James Best   on behalf of Debtor 1 Ronald Paul Decker patrick@armlawyers.com,
          kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: RONALD DECKER and DEANNA DECKER | : : : | CASE NO.: 19-bk-03422-RNO |
| Debtor. | : | CHAPTER 13 |
| RONALD DECKER and DEANNA DECKER | : : : | |
| Objectants, | : : | |
| v. | : : | |
| Cavalry SPV I, LLC as assignee of Bank of American/FIA Card Services, N.A. | : : : | Objection to Proof of Claim 11 U.S.C. § 502(b)(1) |
| Claimant. | : | |

## ORDER

AND NOW, upon consideration of the Debtors' Objection to the Proof of Claim filed by

Cavalry SPV I, LLC (Claim 10), and upon the Response of the Claimant, if any, it is hereby

ORDERED that the Debtors' Objection is hereby SUSTAINED. Claim 10 filed by Cavalry SPV

I, LLC is hereby disallowed.

Dated:   December 3, 2019

By the Court,

_Robt N. Opel II_

Robert N. Opel, II, Chief Bankruptcy Judge (DG)