Certificate Number: 15111-PAM-DE-034042545

Bankruptcy Case Number: 19-03422


15111-PAM-DE-034042545

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>February 3, 2020</u>, at <u>7:42</u> o'clock <u>PM EST</u>, <u>Ronald Paul Decker</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 3, 2020</u>     By:   <u>/s/Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>