## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RONALD PAUL DECKER

         DEANNA LOUISE DECKER

             Debtor(s)

                                      CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
             Movant                      CASE NO: 5-19-03422-RNO

         vs.

         RONALD PAUL DECKER
          DEANNA LOUISE DECKER

            Respondent(s)

## <u>TRUSTEE'S MOTION TO DISMISS CASE</u>

COMES NOW, on December 3, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:  <u>December 3, 2020</u>               Respectfully submitted,

                                      /s/   <u>Agatha R. McHale, Esquire</u>
                                      <u>ID:  47613</u>
                                      Attorney for Movant
                                      Charles J. DeHart, III
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      Fax:  (717) 566-8313
                                      eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RONALD PAUL DECKER
        DEANNA LOUISE DECKER                 CHAPTER 13

             Debtor(s)

        CHARLES J. DEHART, III          CASE NO: 5-19-03422-RNO
        CHAPTER 13 TRUSTEE
            Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        January 6, 2021 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1984.10**
**AMOUNT DUE FOR THIS MONTH: $944.25**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2928.35**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 3, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   RONALD PAUL DECKER

        DEANNA LOUISE DECKER       CHAPTER 13


            Debtor(s)

        CHARLES J. DEHART, III     CASE NO: 5-19-03422-RNO
        CHAPTER 13 TRUSTEE
          Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

PATRICK J BEST, ESQUIRE          UNITED STATES TRUSTEE
ANDERS RIEGEL & MASINGTON     SUITE 1190
18 N 8TH STREET                  228 WALNUT STREET
STROUDSBURG, PA  18360-       HARRISBURG, PA  17101

Served by First Class Mail

RONALD PAUL DECKER
DEANNA LOUISE DECKER
106 FRIENDSHIP DRIVE
HAWLEY, PA  18428


I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 3, 2020          Liz Joyce
                             for Charles J. DeHart, III, Trustee
                             Suite A, 8125 Adams Dr.
                             Hummelstown, PA  17036
                             Phone:  (717) 566-6097
                             eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   RONALD PAUL DECKER
          DEANNA LOUISE DECKER

                                CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant               CASE NO: 5-19-03422-RNO

          vs.

          RONALD PAUL DECKER       MOTION TO DISMISS
          DEANNA LOUISE DECKER

## <u>ORDER DISMSSING CASE</u>

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.