United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 19-03422-MJC

Ronald Paul Decker                                              Chapter 13

Deanna Louise Decker

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 3

Date Rcvd: Jun 23, 2026                       Form ID: 3180W                           Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Paul Decker, Deanna Louise Decker, 106 Friendship Drive, Hawley, PA 18428-6029 |
| 5233102 | + | Blue Ridge Communications, Po Box 316, Palmerton, PA 18071-0316 |
| 5233103 | + | Brandon Decker, 106 Friendship Drive, Hawley, PA 18428-6029 |
| 5233104 | + | Breanne Decker, 450 Forresr Avenue, Apt P306, Norristown, PA 19401-5650 |
| 5233105 | + | Bryant Decker, 2000 Blvd Avenue, Scranton, PA 18509-1206 |
| 5233108 | + | County Waste, 17 Industrial Park Rd, Lake Ariel, PA 18436-5617 |
| 5233110 | + | Eastern Propane, 108 Langan Ave, Hawley, PA 18428-1448 |
| 5233111 | + | Faoa, 139 Friendly Acreas Rd, Hawley, PA 18428-6044 |
| 5233112 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 5233114 | + | Horizon Dental, 2537 Route 6, Hawley, PA 18428-7031 |
| 5233117 | + | Nationwide, 1800 E. Imperial Highway, Suite 145, Brea, CA 92821-6002 |
| 5233118 | + | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |
| 5233120 | + | Rhinebeck Bank, Po Box 1191, Poughkeepsie, NY 12602-1191 |
| 5259971 | + | Rhinebeck Bank, Corbally, Gartland and Rappleyea, LLP, 35 Market Street, Poughkeepsie NY 12601-3214 |
| 5233127 | + | Wayne Enterprises, Po Box 443, Honesdale, PA 18431-0443 |
| 5233128 | + | Wayne Memorial Community Health Centers, 601 Park St, Honesdale, PA 18431-1445 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jun 23 2026 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: WFFC2 | Jun 23 2026 22:41:00 | Wells Fargo Bank, N.A., MAC D1111-035, PO Box 564300, Charlotte, NC 28256-4300 |
| 5233100 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 23 2026 18:42:00 | American Honda Finance, 1220 Old Alpharetta Rd S, Alpharetta, GA 30005 |
| 5236972 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 23 2026 18:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5233099 | ^ | MEBN | Jun 23 2026 18:37:53 | Allstate Insurance, Po Box 4310, Carol Stream, IL 60197 4310 |
| 5233101 | | EDI: ATTWIREBK.COM | Jun 23 2026 22:41:00 | At&T, Po Box 5014, Carol Stream, IL 60197 5014 |
| 5258799 | + | Email/Text: bankruptcy@cavps.com | Jun 23 2026 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5259146 | | EDI: CITICORP | Jun 23 2026 22:41:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5233106 | + | EDI: CITICORP | Jun 23 2026 22:41:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |

| ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5233107 | + | Email/Text: bankruptcydept@wyn.com | Jun 23 2026 18:42:00 | Club Wyndham, 6277 Sea Harbor Dr., Orlando, FL 32821-8043 |
| 5233109 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2026 18:42:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5233113 | | Email/Text: argbsref@geico.com | Jun 23 2026 18:42:00 | Geico, 1 Geico Plaza, Bethesda, MD 20810 0001 |
| 5233115 | + | EDI: IRS.COM | Jun 23 2026 22:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 5242772 | | EDI: JPMORGANCHASE | Jun 23 2026 22:41:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 901032, Ft. Worth TX 76101-2032 |
| 5233116 | + | EDI: JPMORGANCHASE | Jun 23 2026 22:41:00 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 5260167 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 23 2026 18:42:00 | Metropolitan Life Insurance Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5258373 | | EDI: PRA.COM | Jun 23 2026 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5233119 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 23 2026 18:42:00 | Receivables Management, 1809 N Broadway St, Greensburg, IN 47240-8217 |
| 5233121 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 23 2026 18:42:00 | Select Portfolio Servicing, Po Box 65450, Salt Lake City, UT 84165 0450 |
| 5233122 | + | EDI: SYNC | Jun 23 2026 22:41:00 | Syncb/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 5233123 | + | EDI: SYNC | Jun 23 2026 22:41:00 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 5233447 | + | EDI: PRA.COM | Jun 23 2026 22:41:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5233124 | + | EDI: CITICORP | Jun 23 2026 22:41:00 | Thd/Cbna, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 5239156 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2026 18:42:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5233126 | | Email/Text: bankruptcy@visionsfcu.org | Jun 23 2026 18:42:00 | Visions Fcu, 24 Mckinley Ave, Endicott, NY 13760 |
| 5238002 | | Email/Text: bankruptcy@visionsfcu.org | Jun 23 2026 18:42:00 | Visions Federal Credit Union, 24 Mckinley Ave., Endicott, NY 13760 |
| 5233125 | + | EDI: VERIZONCOMB.COM | Jun 23 2026 22:41:00 | Verizon Wireless, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 5233129 | + | Email/Text: snyderth@wmh.org | Jun 23 2026 18:42:00 | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |
| 5233130 | + | EDI: WFHOME | Jun 23 2026 22:41:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 5233131 | + | EDI: WFCCSBK | Jun 23 2026 22:41:00 | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 5235270 | + | EDI: WFHOME | Jun 23 2026 22:41:00 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 5253859 | | EDI: WFCCSBK | Jun 23 2026 22:41:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank  N.A. amps@manleydeas.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| Lauren Elizabeth Beal | on behalf of Debtor 2 Deanna Louise Decker lbeal@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;24944@notices.nextchapterbk.com |
| Lauren Elizabeth Beal | on behalf of Debtor 1 Ronald Paul Decker lbeal@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;24944@notices.nextchapterbk.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | Ronald Paul Decker | Social Security number or ITIN | xxx–xx–6261 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Deanna Louise Decker | Social Security number or ITIN | xxx–xx–4866 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   Middle District of Pennsylvania | | | |
| Case number:   5:19–bk–03422–MJC | | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald Paul Decker

Deanna Louise Decker

**By the court:**

6/23/26

Mark J. Conway, United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Form 3180W                           **Chapter 13 Discharge**                           page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:19-bk-03422-MJC    Doc 79    Filed 06/25/26    Entered 06/26/26 00:30:18    Desc
Imaged Certificate of Notice    Page 6 of 6