**Fill in this information to identify the case:**

Debtor 1     RONALD PAUL DECKER

Debtor 2
(Spouse, if filing)     DEANNA LOUISE DECKER

United States Bankruptcy Court for the:    MIDDLE    District of   PA
                                                  (State)

Case number   19-03422

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made       12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**    SELECT PORTFOLIO SERVICING, INC            **Court claim no.** (if known):
                                                                       13

**Last 4 digits** of any number you use to identify the debtor's account:    9   7   5   7

**Property address:**      106 FRIENDSHIP DRIVE
                               Number      Street

                                 HAWLEY,            PA      18428
                                 City                    State      ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ _____ |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ _____ |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ _____ |
| d. Total amount of arrearages disbursed by the trustee: | $ _____ |

Case 5:19-bk-03422-MJC    Doc 80    Filed 06/29/26    Entered 06/29/26 09:20:27    Desc
Main Document     Page 1 of 3

| Part 4: | Postpetition Payments |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 2,661.56

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

| Part 6: | A Response Is Required by Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date  6 / 29 / 2026

Trustee  Jack  N  Zaharopoulos
First Name  Middle Name  Last Name

Address  8125 Adams Drive, Suite A
Number  Street

Hummelstown  PA  17036
City  State  ZIP Code

Contact phone  ( 717 ) 566 – 6097

Email  info@pamd13trustee.com

Case 5:19-bk-03422-MJC  Doc 80  Filed 06/29/26  Entered 06/29/26 09:20:27  Desc
Main Document  Page 2 of 3

# Disbursements for Claim

**Case: 19-03422**     **RONALD PAUL DECKER**

**SPS**
PO BOX 65450

SALT LAKE CITY, UT   841

Acct No: 9757

REMOVED 1ST AP

| | Sequence: | 07 |
|---|---|---|
| | Modify: | |
| | Filed Date: | |
| | Hold Code: | H |

| | | | Debt: | $2,661.56 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $1,330.78 | | Paid: | $2,661.56 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5010** | **SPS** | | | | | | | |
| 501-0 | SPS | | 11/07/2019 | 1210112 | $1,330.78 | $0.00 | $1,330.78 | 11/18/2019 |
| | | | | | Payment for 9/2019 | | | |
| 501-0 | SPS | | 11/07/2019 | 1210112 | $1,330.78 | $0.00 | $1,330.78 | 11/18/2019 |
| | | | | | Payment for 10/2019 | | | |
| | | | | Sub-totals: | $2,661.56 | $0.00 | $2,661.56 | |
| | | | | Grand Total: | $2,661.56 | $0.00 | | |