United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Ronald Paul Decker
Deanna Louise Decker
Debtors

Case No. 19-03422-MJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Sep 29, 2026 Form ID: fnldec Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Paul Decker, Deanna Louise Decker, 106 Friendship Drive, Hawley, PA 18428-6029 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Metropolitan Life Insurance Company bkgroup@kmllawgroup.com |
| Lauren Elizabeth Beal | on behalf of Debtor 1 Ronald Paul Decker lbeal@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;24944@notices.nextchapterbk.com |
| Lauren Elizabeth Beal | on behalf of Debtor 2 Deanna Louise Decker lbeal@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;24944@notices.nextchapterbk.com |

| | |
|---|---|
| Maggie Soboleski | on behalf of Creditor Metropolitan Life Insurance Company msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ronald Paul Decker,

**Debtor 1**

Deanna Louise Decker,

**Debtor 2**

Chapter 13

Case No. 5:19−bk−03422−MJC

Social Security No.:
xxx−xx−6261 xxx−xx−4866

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: September 29, 2026

**fnldec** (01/22)